UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
AMERICAN STEVEDORING, INC.,

                Plaintiff(s),

    - against -

MORAN TOWING & TRANSPORTATION
CO. INC., AND MORAN TOWING &
TRANSPORTATION, LLC.

                Defendant(s).
-----------------------------------------------------------X

07 CIV 5608

**STATEMENT RULE 7.1**

ECF CASE



Pursuant To Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (A Private Non-Governmental Party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

NONE

June 12, 2007
Date

Signature of Attorney
JAMES F. SWEENEY (JFS 7745)

X:\Public Word Files\1462\LEGAL\Rule 7.1.MJL.S.RR.6.12.07.doc