## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Index No: 07 CIV 5608

Plaintiff/Petitioner: **American Stevedoring, Inc.**

Defendant/Respondent: **Moran Towing &Transportation Co., Inc., et al.**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN         ss.:

**Kevin Farina**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **06/28/2007** at **3:00 PM**, I served the within **Summons and Verified Complaint** on Moran Towing &Transportation Co., Inc. at **50 Locust Avenue, New Canaan, CT 06840** in the manner indicated below:

☑ CORPORATE SERVICE: By delivering a true copy of each to **Edmond Moran, Principal** of the above named corporation. So served and authorized to accept service.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | White | 60 | 5'10 | 180 |
| Other features: | | | | | |

Sworn to and subscribed before me this
_29_ day of _June_, 20_07_
by an affiant who is/personally known to
me or produced identification.

X _Kevin Farina_
Kevin Farina

_Linda J. Perlmutter_
NOTARY PUBLIC
My Commission Expires: _12/31/08_