CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Defendants
7800 River Road
North Bergen, New Jersey 07047

UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAN STEVEDORING, INC.,

                Plaintiff,      :      07-CV-5608 (RWS)

v.

                                                  **RULE 7.1 DISCLOSURE**

MORAN TOWING AND TRANSPORTATION
CO., INC. and MORAN TOWING &
TRANSPORTATION, LLC,

                Defendants.
------------------------------------------------------------x

Defendant MORAN TOWING AND TRANSPORTATION, LLC (the successor to Moran Towing & Transportation Co., Inc.) by its attorneys Clark, Atcheson & Reisert, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure states that it is a wholly-owned subsidiary of Moran Towing Corporation, a New York corporation, the stock of which is owned by Moran Transportation Company, a privately held company.

Dated: North Bergen, New Jersey
        August 27, 2007

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Defendants

By: _____
            Richard J. Reisert (RR-7118)
            7800 River Road
            North Bergen, New Jersey 07047
            Tel: 201-537-1200
            Fax: 201-537-1201
            Email: reisert@navlaw.com