RECEIVED OCT 16 2007 JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AMERICAN STEVEDORING, INC.,　　　　　　　　07 CIV 5608 (RWS)

　　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　　**STIPULATION AND ORDER
　　　　　　　　　　　　　　　　　　　　　　OF DISCONTINUANCE**

MORAN TOWING & TRANSPORTATION
CO., INC., AND MORAN TOWING &
TRANSPORTATION, LLC.

　　　　　　　　Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07

The above-entitled action having been settled, it is hereby stipulated and agreed by and between the undersigned attorneys for the parties herein, that the action be discontinued, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice and without costs to either party or against the other.

Dated:　　New York, New York
　　　　　September 24, 2007

NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiff,
American Stevedoring, Inc.

By: _____
James F. Sweeney (JS 7745)
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
(212) 220-3830

CLARK, ATCHESON & REISERT
Attorneys for Defendants,
Moran Towing & Transportation Co., Inc.
And Moran Towing & Transportation LLC

By: _____
Richard J. Reisert (RR 7118)
7800 River Road
North Bergen, New Jersey 07047
(201) 537-1200

SO ORDERED: _____
　　　　　　　　　　　　　　　　U.S.D.J.
10-17-07